(November 22, 1940.)

ALBERT G. STANTON and ALBERT G. STANTON, JR., Copartners, Doing Business as A. G. STANTON & Co., and Others, Appellants, v. BABOR-COMEAU AND COMPANY, INC., THE PEOPLE OF THE STATE OF NEW YORK, and NATIONAL SURETY COMPANY, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Bliss, Heffernan and Schenck, JJ.; Foster, J., not voting.